IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FLOORCOVERINGS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> LEROY MOLOCK, ANGELA MOLOCK, and PEPPY GOAT INDUSTRIES LLC <br><br> Defendants. | Case No. 1:25-cv-02204-VMC |

## ORDER

This Matter is before the Court on the *DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND INCORPORATED MEMORANDUM OF LAW*. Having reviewed the Motion and the premises thereto, the Court finds the motion is based on good cause and the Court hereby ORDERS the following:

1. *DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND INCORPORATED MEMORANDUM OF LAW* is GRANTED.

www.spirelawfirm.com
Employment Attorneys

2. Defendants may file their Answer or other responsive pleadings on or before June 16, 2025.

So ORDERED this __22nd__ day of __May__, 2025.

_____
Judge Victoria M. Calvert
United States District Court