# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FLOORCOVERINGS INTERNATIONAL, LTD.,

                    Plaintiff,

    v.

LEROY MOLOCK, ANGELA MOLOCK, and PEPPY GOAT INDUSTRIES LLC,

                    Defendants.

Civil Action No.
1:25-cv-02204-VMC

## <u>PLAINTIFF'S STATUS REPORT</u>

Pursuant to this Court's March 30, 2026 Order, Plaintiff Floorcoverings International, Ltd. ("FCI") files this Status Report. Despite its good faith efforts, FCI unfortunately was unable to obtain Defendant Leroy Molock's ("Molock") agreement upon the language of a Joint Status Report, and FCI individually files this report to meet the deadline imposed by the Court's March 30, 2026 Order.

In its March 30, 2026 Order, the Court dismissed FCI's Complaint without prejudice as to Defendants Angela Molock and Peppy Goat Industries LLC. In light of the Court's Order, FCI intends to pursue its claims in a Texas district court that has personal jurisdiction over all three defendants. Molock has declined to stipulate to FCI's voluntary dismissal of its claims. Therefore, FCI will promptly

file a motion to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Respectfully submitted, this 13th day of April, 2026.

**TROUTMAN PEPPER LOCKE LLP**

By: */s/ Thomas E. Reilly*

Thomas E. Reilly
Georgia Bar No. 600195
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3256
tom.reilly@troutman.com

A. Christopher Young (admitted pro hac vice)
Milica Krnjaja (admitted pro hac vice)
3000 Two Logan Square
Philadelphia, PA 19103
Telephone: 215.981.4190
Christopher.young@troutman.com
Millie.krnjaja@troutman.com

*Attorneys for Plaintiff*
*Floorcoverings International, Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 13, 2026, I filed the foregoing *Plaintiff's Status Report* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Thomas E. Reilly*
Thomas E. Reilly, Ga. Bar No. 600195