# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FLOORCOVERINGS INTERNATIONAL, LTD.,

          Plaintiff,

    v.

LEROY MOLOCK, ANGELA MOLOCK, and PEPPY GOAT INDUSTRIES LLC,

          Defendants.

Civil Action No.
1:25-cv-02204-VMC

## LEROY MOLOCK'S STATUS REPORT

Pursuant to this Court's March 30, 2026, Order, Defendant LeRoy Molock ("Molock") files his Status Report.  Molock joins Plaintiff's Status Report filed April 13, 2026, (Doc No. 25.)

Respectfully submitted this 14th day of April, 2026,

> SPIRE LAW, PLLC
> 2572 W. State Road 426
> Suite 2088
> Oviedo, Florida 32765
>
> By: */s/ Ian E. Smith*
> Ian E. Smith, Esq.
> Georgia Bar No. 661492
> ian@spirelawfirm.com
> sarah@spirelawfirm.com
> filings@spirelawfirm.com
> ***Counsel for Defendants***

1

## CERTIFICATE OF COMPLIANCE

I hereby certify that the within and foregoing **LEROY MOLOCK'S STATUS REPORT** has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

/s/ Ian E. Smith
Ian E. Smith, Esq.
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney of record for the Defendants hereby certifies that the foregoing **LEROY MOLOCK'S STATUS REPORT** was this day filed with the Clerk of the Court utilizing its CM/ECF filing system, which will provide electronic copies of same to counsel of record.

This 14th day of April, 2026.

/s/ Ian E. Smith
Ian E. Smith, Esq.
*Counsel for Defendants*

1